UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH HERZOG, as Next Friend
of JESSE GEISER, a minor,

    Plaintiffs,

vs.

    Case No.: 04-73295
    Hon. John Corbett O'Meara

JULIE WESTERN; KENNETH WESTERN; WILLIAM
RICKERMAN; SANILAC COUNTY SCHOOL DISTRICT;
ANTHONY WOOD; CROSWELL SCHOOL DISTRICT;
FROSTIK ELEMENTARY SCHOOL; and CROSWELL
POLICE DEPARTMENT,

    Defendants.

| | |
|---|---|
| B. ANTHONY JOCUNS   (P65478)<br>BLACK, BLACK & BLACK, P.C.<br>Attorneys for Plaintiffs<br>817 Pine Grove<br>Port Huron, MI   48060<br>(810) 987-7777<br>(810) 987-3805  -  facsimile | THOMAS F. MYERS   (P18146)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendants K. Western and<br>   Croswell Police Department<br>1000 Woodbridge<br>Detroit, MI 48207-3921<br>(313) 446-5509<br>(313) 259-0450  -  facsimile |
| | JOHN D. MONAGHAN   (P57387)<br>FLETCHER, CLARK, TOMLINSON<br>   & FEALKO, P.C.<br>Attorneys for J. Western, Rickerman,<br>   Croswell School, and Frostik<br>522 Michigan Street<br>Port Huron, MI    48060<br>(810) 987-8444<br>(810) 987-8149  -  facsimile |

## **ORDER FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS**

At a session of said Court, held in the
Courthouse in the City of Ann Arbor,
County of Washtenaw, State of Michigan
On: 8/9/05

PRESENT:  HONORABLE   JOHN CORBETT O'MEARA
U.S. District Court Judge

The above entitled matter having come before this Honorable Court upon the Motion of Defendants hereto, briefs having been filed, and this Court being otherwise fully aware of the premises herein:

**IT IS HEREBY ORDERED THAT** the Motions by the Defendants, for Summary Judgment, be and the same are hereby granted;

**IT IS FURTHER ORDERED THAT** a summary judgment of no cause for action, in favor of all Defendants on the remaining issues in this litigation, and against Plaintiff Elizabeth Herzog as next friend of Jesse Geiser, a minor, be and the same is hereby entered;

**IT IS FURTHER ORDERED THAT** this is a final order of the Court, and disposes of all matters of this litigation and closes the case.

Approved as to Form:

 s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


 /s/   B. Anthony Jocuns
B. ANTHONY JOCUNS   (P65478)
Attorney for Plaintiffs

 /s/   Thomas F. Myers
THOMAS F. MYERS   (P18146)
Attorney for Defendants K. Western and
    Croswell Police Department

 /s/   John D. Monaghan
JOHN D. MONAGHAN   (P57387)
Attorney for Defendants J. Western,
    W. Rickerman, Croswell School, and
    Frostik Elementary School